**NORTH AMERICAN COAL CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6060.

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1932.

Taplin & Fillius, of Cleveland, Ohio, for appellant.

G. A. Youngquist, Asst. Atty. Gen., for appellee.

PER CURIAM.

Upon authority of Burnet v. San Joaquin Fruit & Investment Co., 52 F.(2d) 123, 128, Commissioner of Internal Revenue v. New York Trust Co., 54 F.(2d) 463, 465, and Pittsburgh Terminal Coal Corporation v. Heiner, 56 F.(2d) 1072, 1075, the order of the Board of Tax Appeals is reversed, and the cause remanded, with directions to the Board to set aside the order dismissing the proceeding and to hear and determine the matters complained of in the petition.